UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
Aug 15, 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**FILED**
AUG 15 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −113)**

On October 1, 2009, the Panel transferred 32 civil action(s) to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 965 additional action(s) have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R Herndon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 15, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                MDL No. 2100

## SCHEDULE CTO-113 - TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

CALIFORNIA EASTERN

| CAE | 2 | 12-01688 | Steiner v. Bayer Corporation et al  12-CV-20111 DRH PMF |
|---|---|---|---|

Re: MDL 2100 In Re: YASMIN AND YAZ (DROSPIRENONE) MARKETING AND SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Conditional Transfer Order No. 113

Dear Clerk of Court:

Attached is a certified copy of **CTO 109** from the Judicial Panel on Multidistrict Litigation ordering the transfer of case(s) currently pending in your district.

**Steiner v. Bayer Corporation, et al #12-1688**

Pursuant to this order, the above-styled case(s) must be transferred to the Southern District of Illinois at East St. Louis. Please file the attached certified copy of the CTO in the affected case(s), and close the case.

**Please transmit the record of this case to the Southern District of Illinois at East St. Louis using the CM/ECF Case Transfer utility.**

If you have any questions, please feel free to contact Caitlin Fischer by email at Caitlin_Fischer@ilsd.uscourts.gov or by telephone at (618) 482-9096, Jessica Robertson by email at Jessica_Robertson@ilsd.uscourts.gov or by telephone at (618) 482-9434, or Mona_Zingrich@ilsd.uscourts.gov by email or by telephone at 618-482-9012.

                                              s/Jessica L. Robertson
                                                Deputy Clerk

Attachment: Certified Copy of **CTO No. 113**